THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIOVANBATISTA FERRARO, Appellant.

(Argued January 14, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Supreme Court, rendered March 29, 1918, at a Trial Term for the county of Cattaraugus upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* for appellant.

*Archibald M. Laidlaw, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.